# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY BETH BERTIG,**<br>　　　　　　**Plaintiff**<br><br>　　v.<br><br>**JULIA RIBAUDO HEALTHCARE GROUP, LLC d/b/a JULIA RIBAUDO EXTENTED CARE CENTER and BRIGHTEN AT JULIA RIBAUDO; JULIA RIBAUDO SENIOR SERVICES, LLC d/b/a JULIA RIBAUDO EXTENTED CARE CENTER and BRIGHTEN AT JULIA RIBAUDO; and SABER HEALTHCARE GROUP, LLC,**<br>　　　　　　**Defendants** | **No. 3:15cv2224**<br><br>**(Judge Munley)** |

## ORDER

**AND NOW**, to wit, this 12<u>th</u> day of July 2016, the defendants' motion to dismiss is **GRANTED** in part and **DENIED** in part. It is granted in that Count III's wrongful termination claim based upon the ADEA is hereby **DISMISSED**. It is denied in all other respects.

　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　**s/ James M. Munley**
　　　　　　　　　　　　　　**JUDGE JAMES M. MUNLEY**
　　　　　　　　　　　　　　**United States District Court**