**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARY BETH BERTIG ,** | : | **No. 3:15cv2224** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | **(Judge Munley)** |
| **JULIA RIBAUDO HEALTHCARE** | : | |
| **GROUP, LLC d/b/a JULIA RIBAUDO** | : | |
| **EXTENDED CARE CENTER and** | : | |
| **BRIGHTEN AT JULIA RIBAUDO;** | : | |
| **JULIA RIBAUDO SENIOR** | : | |
| **SERVICES, LLC d/b/a JULIA** | : | |
| **RIBAUDO EXTENDED CARE** | : | |
| **CENTER and BRIGHTEN AT JULIA** | : | |
| **RIBAUDO; and SABER** | : | |
| **HEALTHCARE GROUP, LLC,** | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## <u>ORDER</u>

**AND NOW**, to wit, this 31st day of October 2017, defendants' motion for

summary judgment (Doc. 36) is **HEREBY GRANTED.** The Clerk of Court is

directed to enter judgment in favor of defendants and against plaintiff. Further,

the Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**


s/ James M. Munley_____
**JUDGE JAMES M. MUNLEY**
**United States District Court**